

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2016

No. 04-15-00786-CR

Johnny Lee **SIZEMORE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-15-0000049
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

We grant appellant's motion for extension of time to file a brief.  We **order** appellant to file the brief by **June 10, 2016** (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.  The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court